UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA ADAMES,

        Petitioner,

-vs-　　　　　　　　　　　　　　　　　　　Case No. 6:10-cv-1066-Orl-28GJK
　　　　　　　　　　　　　　　　　(Criminal Case No.: 6:07-cv-107-Orl-28GJK)

UNITED STATES OF AMERICA,

        Respondent.
_____

## ORDER

This case is before the Court on the following matters:

1.   Petitioner filed a second amended motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 12), and this case will proceed as to the claims raised in the second amended section 2255 motion only. Within forty-five (45) days from the date of this Order, the Government shall file a response indicating why the relief sought in the second amended motion should not be granted. The Government's response shall comply with the Court's Order of September 21, 2010 (Doc. No. 5).

2.   Petitioner's original section 2255 motion (Doc. No. 1, filed July 15, 2010) and

amended section 2255 motion (Doc. No. 11, filed September 11, 2011) are **DENIED** as moot.

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 23rd day of February, 2011.

/JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
sa 9/20
Counsel of Record
Maria Adames